UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MASON K. WILLIAMS,

Plaintiff,

-v-

EQUIFAX INFORMATION SERVICES LLC,

Defendant.

26-CV-7447 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On September 3, 2026, the Court directed Defendant to serve on Plaintiff a copy of this Order and of the Court's Individual Rules and Practices in Civil Cases, and to file proof of such service on the docket. *See* ECF No. 5. The Court also directed Counsel for Plaintiff to file a notice of appearance on the docket within two business days of such service. *Id.*

On September 8, 2026, Defendant filed notice of service. *See* ECF No. 8. To date, Plaintiff has failed to appear in this action. No later than **October 1, 2026**, Defendant shall submit a letter addressing whether Defendant has had any contact with Plaintiff or if Defendant has any other reason to believe that Plaintiff has notice of removal.

Defendant shall serve a copy of this Order electronically and/or by first-class mail on Plaintiff **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: September 24, 2026
New York, New York

JESSE M. FURMAN
United States District Judge